UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ANTHEM, INC. DATA BREACH LITIGATION | Case No. 15-MD-02617-LHK<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING RE MOTION TO REMAND** |
| MONICA SABATINO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HMO MISSOURI, INC., et al.,<br><br>    Defendants. | Case No. 15-CV-2873-LHK |

Plaintiffs Monica Sabatino and Michael Sabatino (collectively, "Plaintiffs") bring a putative class action against defendants HMO Missouri, Inc. and Healthy Alliance Life Insurance Company (collectively, "Defendants") arising out of a cyberattack on the computer system of Defendants' parent company, Anthem, Inc. ("Anthem"). Before the Court is Plaintiffs' motion to remand the case to the Circuit Court of St. Louis City, 22d Judicial Circuit, in the State of

1
Case Nos. 15-MD-02617-LHK; 15-CV-2873-LHK
ORDER FOR SUPPLEMENTAL BRIEFING RE MOTION TO REMAND

1   Missouri. ECF No. 15.[1]

2   Although this action was filed in the Eastern District of Missouri, which sits in the Eighth
3   Circuit, this Court should apply Ninth Circuit law to the instant motion to remand. *See Newton v.*
4   *Thomason*, 22 F.3d 1455, 1460 (9th Cir. 1994) (holding that "when reviewing federal claims, a
5   transferee court in this circuit is bound only by our circuit's precedent"); *see also In re Gen. Am.*
6   *Life Ins. Co. Sales Practices Litig.*, 391 F.3d 907, 911 (8th Cir. 2004) ("When a transferee court
7   receives a case from the MDL Panel, the transferee court applies the law of the circuit in which it
8   is located to issues of federal law."); *In re Sony Gaming Networks & Customer Data Sec. Breach*
9   *Litig.*, 996 F. Supp. 2d 942, 959 (S.D. Cal. 2014) ("In interpreting federal law, a transferee court in
10  a multidistrict case should look to the law of its own circuit rather than the law of the transferor
11  courts' circuits.").

12  Because the current briefing does not cite relevant Ninth Circuit precedent, the Court
13  hereby ORDERS the parties to file simultaneous supplemental briefs not to exceed ten (10) pages
14  in length. The briefs shall be filed no later than September 4, 2015. The hearing on the motion to
15  remand set for September 10, 2015, at 1:30 p.m. remains as set. At a minimum, the parties' briefs
16  should address the recent decisions granting motions to remand in other Anthem data breach cases
17  removed to district courts in the Ninth Circuit. *See Smilow v. Anthem Blue Cross Life & Health*
18  *Ins. Co.*, No. CV 15-4556-MWF(AGRX), 2015 WL 4778824 (C.D. Cal. Aug. 13, 2015) (granting
19  motion to remand); *Wickens v. Blue Cross of Cal., Inc.*, No. 15CV834-GPC JMA, 2015 WL
20  4255129 (S.D. Cal. July 14, 2015) (remanding case to state court).

21  **IT IS SO ORDERED.**

23  Dated: August 27, 2015

    _____
    LUCY H. KOH
    United States District Judge

---

[1] All ECF references are to the docket of Case No. 15-CV-2873-LHK.

2
Case Nos. 15-MD-02617-LHK; 15-CV-2873-LHK
ORDER FOR SUPPLEMENTAL BRIEFING RE MOTION TO REMAND